# JOINT DISCOVERY PLAN WORKSHEET

## Phase I (Pre-Settlement Discovery)

| | |
|---|---|
| **Deadline for completion of Rule 26(a) initial disclosures and HIPAA-complaint records authorizations:** | 5/15/17 |
| **Completion date for Phase I Discovery as agreed upon by the parties**: *(Reciprocal and agreed upon document production and other discovery necessary for a reasoned consideration of settlement. Presumptively 60 days after Initial Conference.)* | 6/12/17 |
| **Date for initial settlement conference:** *(Parties should propose a date approximately 10-15 days after the completion of Phase I Discovery, subject to the Court's availability)* | 6/27/17 |

## Phase II (Discovery and Motion Practice)

| | |
|---|---|
| **Motion to join new parties or amend the pleadings:** *(Presumptively 15 days post initial settlement conference)* | 7/12/17 |
| **First requests for production of documents and for interrogatories due by:** *(Presumptively 15 days post joining/amending)* | 7/27/17 |
| **All fact discovery completed by:** *(Presumptively 3.5 months post first requests for documents/interrogatories)* | The parties propose that discovery be stayed pending a ruling on Defendants' motion to dismiss. If the motion to dismiss is denied, the parties propose bifurcating class and merits discovery, as follows: (a) class-related fact discovery completed by 6 months after a ruling on the motion to dismiss; and (b) merits-related fact discovery deferred until after a ruling on class certification. If the Court grants class certification, merits-related fact discovery completed by 6 months after class certification order. |
| **Exchange of expert reports completed by:** *(Presumptively 30 days post fact discovery)* | Exchange of class-related expert reports 60 days post class-related fact discovery. If the Court grants class certification, exchange of merits-related expert reports 60 days post merits-related fact discovery. |
| **Expert depositions completed by:** *(Presumptively 30 days post expert reports)* | Class-related expert depositions completed by 60 days post class-related expert reports. If the Court grants class certification, merits-related expert depositions completed by 60 days post |

| | |
|---|---|
| | merits-related expert reports. |
| **COMPLETION OF ALL DISCOVERY BY:**<br>*(Presumptively 9 months after Initial Conference)* | If the Court grants class certification, completion of all merits-related discovery by 10 months after class certification order. |
| **Final date to take first step in dispositive motion practice:**<br>*(Parties are directed to consult the District Judge's Individual Rules regarding such motion practice. Presumptively 30 days post completion of all discovery)* | 30 days post completion of all discovery. |
| **Do the parties wish to be referred to the EDNY's mediation program pursuant to Local Rule 83.8?** | No. |