**CIVIL MINUTE ENTRY**

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven L. Tiscione |
| **DATE:** | April 13, 2017 |
| **TIME:** | 11:00 A.M. |
| **DOCKET NUMBER(S):** | CV-16-7119 (FB) |
| **NAME OF CASE(S):** | **CAMPBELL -V- FRESHBEV LLC, ET AL.** |
| **FOR PLAINTIFF(S):** | Levin-Epstein |
| **FOR DEFENDANT(S):** | DiDomenico, Sellinger |
| **NEXT CONFERENCE(S):** | **JUNE 27, 2017 AT 2:30 P.M., IN-PERSON** |
| **FTR/COURT REPORTER:** | 11:13-11:18 |

## RULINGS FROM INITIAL CONFERENCE:

The Court sets the following discovery deadlines:

Deadline for completion of Rule 26(a) initial disclosures - 5/15/17;

Completion of Phase I discovery - 6/12/17;

Deadline for motions to join new parties or amend pleadings - 7/12/17;

First requests for production of documents and interrogatories due by - 7/27/17;

All class-related discovery is to be completed by 12/27/17;

All merits-related discovery is stayed pending completion of class-related discovery and a schedule will be set at a later date.

An in-person settlement conference will be held on June 27, 2017 at 2:30 p.m. Parties are to submit their respective settlement positions via ex parte electronic filing no later than June 24, 2017. Counsel are to refer to the Settlement Section of this Court's Individual Rules in preparation for the conference.