

Timothy E. Di Domenico
Tel. (212) 801-2127
Fax (212) 224-6104
didomenicot@gtlaw.com

August 14, 2017

**VIA OVERNIGHT DELIVERY**

Joshua Levin-Epstein, Esq.
Levin Epstein & Associates, P.C.
1 Penn Plaza, Suite 2527
New York, NY 10119

Re:   *Gerard Campbell v. Freshbev LLC et al.*, Civ. Action No. 1:16-cv-07119 (FB)

Dear Mr. Levin-Epstein:

On behalf of defendants Whole Foods Market Group, Inc. ("WFMG") and Freshbev, LLC (collectively, the "Defendants") in the above-referenced action, I enclose a Notice of Motion to dismiss Plaintiff Gerald Campbell's Third Amended Complaint, dated June 22, 2017, a supporting Declaration and exhibits, and a supporting Memorandum of Law.

Sincerely yours,

Timothy E. Di Domenico

cc:   Hon. Senior District Judge Frederic Block (via ECF)
      Spencer Sheehan, Esq. (via ECF)