# DECLARATION OF TIMOTHY E. DI DOMENCIO

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------- X
GERARD CAMPBELL, individually on behalf of
himself and all others similarly situated,

                Plaintiff,

                Civ. Action No. 1:16-cv-07119 (FB)

       - against -

FRESHBEV LLC and WHOLE FOODS MARKET
GROUP, INC.,

                Defendants.
---------------------------------------------------------- X

## DECLARATION OF TIMOTHY E. DI DOMENICO IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE THIRD AMENDED COMPLAINT

I, Timothy E. Di Domenico, declare under penalty of perjury the following:

1.     I am Of Counsel with the law firm of Greenberg Traurig, LLP, attorneys for Defendants Freshbev LLC and Whole Foods Market Group, Inc. ("Defendants") in the above-captioned action.

2.     A true and correct copy of Plaintiff Gerald Campbell's ("Plaintiff") Third Amended Complaint, dated June 22, 2017, is annexed hereto as Exhibit A.

3.     True and correct copies of Plaintiff's complaints in the following actions are annexed hereto as Exhibits B and C, respectively: *Campbell v. Drink Daily Greens, LLC*, No. 16-cv-07176 (E.D.N.Y.) and *Campbell v. Jamba Juice, Inc. and Jamba Juice Co.*, No. 16-cv-09993-VM (S.D.N.Y.).

4.  A true and correct copy of the FDA Juice HACCP Guidance, located at https://www.fda.gov/Food/GuidanceRegulation/GuidanceDocumentsRegulatoryInformation/Juice/ucm072557.htm (Mar. 3, 2004) is annexed hereto as Exhibit D.

5.  True and correct copies of Freshbev juice labels for Ripe Craft Juice 12 Cranberry Unsweetened, Ripe Craft 12.2 Northeast Blend Cranberry Apple, and Fresh Juice Pineapple are annexed hereto as Exhibit E.

Executed on August 14, 2017

/s/ Timothy E. Di Domenico
Timothy E. Di Domenico