# EXHIBIT E







**REAL REDEFINED**
100% TRACEABLE INGREDIENTS
Visit our site and enter the date code to trace this bottle. RIPECRAFTJUICE.COM

100% COLD-PRESSED JUICE

**Nutrition Facts**
Serving size 8 fl oz (240mL)
Servings Per Container About 2

| Amount Per Serving | |
|---|---|
| Calories 100 | Calories from Fat 0 |

| | %Daily Value* |
|---|---|
| Total Fat 0g | 0% |
| Saturated Fat 0g | 0% |
| Trans Fat 0g | |
| Cholesterol 0mg | 0% |
| Sodium 5mg | 0% |
| Total Carbohydrate 24g | 8% |
| Dietary Fiber 0g | 0% |
| Sugars 13g | |
| Protein 0g | |
| Vitamin A 0% | Vitamin C 8% |
| Calcium 0% | Iron 0% |
| Vitamin K 15% | |

*Percent Daily Values are based on a 2,000 calorie diet. Your Daily Values may be higher or lower depending on your calorie needs.

INGREDIENTS: CRANBERRY JUICE

BPA FREE
PETE (PET) BOTTLE
#1 (PET or PETE)

8 56543 00245 8

TAKE'R *Squeezy*

At RIPE, we are redefining juice so you can rediscover it. To craft our Liquid Produce, we look to the grower-owners of the Ocean Spray Cooperative to pick the best Northeast cranberry varietals at the peak of perfection. We then give the fresh fruit a nice cold squeeze, making juice that isn't heated, ever. Just cold-pressed perfection, kissed with the immense power of pressure. That, is Beyond Fresh.™

MADE IN THE USA
NON GMO
GLUTEN FREE
CRAFTED WITH Ocean Spray CRANBERRIES

UNPASTEURIZED
COLD-PRESSED
HIGH PRESSURE

**RIPE**
— CRAFT —
*Juice*™

UNSWEETENED
**CRANBERRY**
100% COLD-PRESSED JUICE

12.2 FL OZ (360.8mL)

NON GMO CERTIFIED

REAL REDEFINED

100% TRACEABLE INGREDIENTS

Visit our site and enter the date code to trace this bottle RIPECRAFTJUICE.COM

**Nutrition Facts**

100% COLD-PRESSED JUICE

Serving size 8 fl oz (240mL)
Servings Per Container About 2

| Amount Per Serving | |
|---|---|
| Calories 100 | Calories from Fat 0 |

| | %Daily Value* |
|---|---|
| Total Fat 0g | 0% |
| Saturated Fat 0g | 0% |
| Trans Fat 0g | |
| Cholesterol 0mg | 0% |
| Sodium 0mg | 0% |
| Total Carbohydrate 24g | 8% |
| Dietary Fiber 0g | 0% |
| Sugars 21g | |
| Protein 0g | |

| Vitamin A 0% | • | Vitamin C 4% |
| Calcium 0% | • | Iron 0% |
| Vitamin K 4% | | |

*Percent Daily Values are based on a 2,000 calorie diet. Your Daily Values may be higher or lower depending on your calorie needs.

INGREDIENTS: APPLE JUICE, CRANBERRY JUICE

BPA FREE
PETE 1 BOTTLE
VERIFIED CHECK

MADE IN, BOTTLED & DISTRIBUTED BY:
[illegible address]

8 56543 00222 9

TAKE 'R Squeezy

At RIPE®, we are redefining juice so you can rediscover it. To craft our Liquid Produce, we look to our valued growers to pick the best Northeast cranberry and apple varietals at the peak of perfection. We then give this fresh fruit a nice cold squeeze, making juice that isn't heated, ever. Just cold-pressed perfection, kissed with the immense power of pressure. That is Beyond Fresh.

GLUTEN FREE | NON GMO | MADE IN THE USA

CRAFTED WITH Ocean Spray® CRANBERRIES



UNPASTEURIZED
COLD-PRESSED
HIGH PRESSURE



RIPE
— CRAFT —
Juice™

NORTHEAST BLEND
**CRANBERRY APPLE**
100% COLD-PRESSED JUICE



RIPE

12.2 FL OZ
(360.6mL)

NON GMO VERIFIED

# FRESH JUICE

## PINEAPPLE

- ☐ Kale
- ☐ Spinach
- ☐ Beets
- ☐ Carrots
- ☐ Ginger
- ☐ Celery
- ☐ Cucumber
- ☐ Limes
- ☐ Lemons
- ☐ Oranges
- ☐ Tangerines
- ☐ Grapefruit
- ☐ Apples
- ☐ Pears
- ☐ Grapes
- ☑ Pineapple
- ☐ Berries
- ☐ Pomegranate
- ☐ Mango
- ☐ Watermelon
- ☐ Cilantro
- ☐ Parsley
- ☐ Mint
- ☐ Basil
- ☐ Jalapeño
- ☐ Cayenne
- ☐ Coconut Water
- ☐ Kiwi
- ☐ Almond Milk
- ☐ Banana
- ☐ Dates
- ☐ Strawberry
- ☐ Blueberry
- ☐ Agave
- ☐ Almond Butter
- ☐ Cocoa Powder
- ☐ Flax Seed
- ☐ Chocolate Protein
- ☐ Oats
- ☐ Cranberry
- ☐ Cinnamon
- ☐ Turmeric

16 fl oz (473ml)

**CONTAINS 100% JUICE**

### Nutrition Facts
Serving Size 8 fl oz (240ml)
Servings Per Container 2

Amount Per Serving
Calories 110    Calories From Fat 0

| | % Daily Value* |
|---|---|
| Total Fat 0g | 0% |
| Saturated Fat 0g | 0% |
| Trans Fat 0g | |
| Cholesterol 0mg | 0% |
| Sodium 5mg | 0% |
| Total Carbohydrate 33g | 11% |
| Dietary Fiber 0g | 0% |
| Sugars 26g | |
| Protein 1g | |

Vitamin C 45%  •  Vitamin A 0%
Calcium 4%  •  Iron 4%

*Percent Daily Values are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs.
Not a significant source of Vitamin A.

Bottler License #CTNAB1310

Cold-Pressed & Crafted Daily For Whole Foods Market® by Freshbev Craft Juicery™

26 Kendall Street, New Haven, CT 06512

Never Heated / Unpasteurized
100% Traceable Fruits and Vegetables
Made Safe With The Power Of Pressure

ME-HI-SC-GA-CR-V


8  565543 00274  8

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------- X
GERARD CAMPBELL, individually on behalf of
himself and all others similarly situated, :

                    Plaintiff, :

                                   Civ. Action No. 1:16-cv-07119 (FB)
                              :

           - against - :

FRESHBEV LLC and WHOLE FOODS MARKET :
GROUP, INC.,
                              :
                  Defendants.
                              :
------------------------------------------------- X

## CERTIFICATE OF SERVICE

I, Timothy E. Di Domenico, counsel for Defendants in the above-captioned matter, hereby certify that I caused to be served a true and correct copy of the foregoing Notice of Motion and annexed Declaration of Timothy E. Di Domenico and annexed exhibits this 14th day of August 2017, by UPS overnight delivery on:

Joshua Levin-Epstein, Esq.
Levin Espstein & Associates, P.C.
1 Penn Plaza, Suite 2527
New York, NY  10119

*Attorneys for Plaintiff*

Dated: White Plains, New York
        August 14, 2017

                                                           Timothy E. Di Domenico